

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00131-CR

| | | |
|---|---|---|
| CEDRIC CLARK, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1552113D) |
| V. | § | |
| | § | October 8, 2020 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____

Chief Justice Bonnie Sudderth